UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>          Plaintiff,<br>     v.<br><br>DUTCH GOOSE, INC., et al.,<br><br>          Defendants. | No. C 13-03537 LB<br><br>**ORDER REGARDING SETTLEMENT AND SETTING CASE MANAGEMENT CONFERENCE** |

Plaintiff Gerardo Hernandez brings this suit against Defendants Dutch Goose, Inc., Gregory Stern, the John and Teresa Beltramo Trust, John R. Beltramo, and Teresa R. Beltramo. On March 5, 2014, the court received notice that the parties have agreed to fully settle this action. Certification of Mediation, ECF No. 26. In light of this full settlement, the court **ORDERS** the parties to file by May 8, 2014 either (1) a stipulation of dismissal or (2) a joint case management conference statement that explains why they are not able to dismiss the action. The court **SETS** a case management conference for May 15, 2014 at 11:00 a.m. If the parties file a stipulation of dismissal by May 8, 2014, the court will vacate the case management conference.

**IT IS SO ORDERED.**

Dated: March 5, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-03537 LB
ORDER