1
2
3
4
5
6
7
8

UNITED STATES  DISTRICT COURT

9

Northern District of California

10

San Francisco Division

11

GERARDO HERNANDEZ,                          No. C 13-03537 LB

12

                        Plaintiff,          **ORDER ADMINISTRATIVELY
                                            CLOSING THIS ACTION**

13

        v.

DUTCH GOOSE, INC., et al.,                  [Re: ECF Nos. 29]

14

                        Defendants.

15

_____/

16         Upon representations of the parties that this matter has been settled and the court's entry of the

17    parties' Consent Decree and Order as to Injunctive Relief, Damages, Attorney Fees, Litigation

18    Expenses, and Costs ("Consent Decree"), *see* ECF No. 29, there appears to be no further reason at

19    this time to maintain the file as an open one for statistical purposes.  Accordingly, the Clerk is

20    instructed to submit a JS-6 form to the Administrative Office.  The parties nevertheless shall file a

21    dismissal of this action in accordance with Paragraph 12 of the Consent Decree.

22         Nothing contained in this minute entry shall be considered a dismissal or disposition of this

23    action, and should further proceedings in this litigation become necessary or desirable, any party

24    may initiate it in the same manner as if this order had not been entered.

25         **IT IS SO ORDERED.**

26    Dated: March 12, 2014

27                                            _____
                                             LAUREL BEELER
                                             United States Magistrate Judge
28

C 13-03537 LB
ORDER